No. 94–1481. T. S. BOOKS, INC. *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 94–1483. CITY OF INDEPENDENCE ET AL. *v.* RINEHART. C. A. 8th Cir. Certiorari denied.

No. 94–1484. HARTNAGEL *v.* GENERAL MOTORS CORP. C. A. 5th Cir. Certiorari denied.

No. 94–1486. WRIGHT *v.* HEIMER. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 94–1488. SHERWIN *v.* DEPARTMENT OF THE AIR FORCE. C. A. 4th Cir. Certiorari denied.

No. 94–1492. CRIST *v.* LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1494. ERPENBECK COMMERCIAL ENTERPRISES, INC. *v.* BOONE FISCAL COURT ET AL.; and
No. 94–1516. ENTERPRISE VI *v.* BOONE FISCAL COURT ET AL. Ct. App. Ky. Certiorari denied.

No. 94–1496. AETNA CASUALTY & SURETY CO. *v.* ELLISON ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–1501. WILLIAMSON COUNTY *v.* BONDHOLDER COMMITTEE. C. A. 6th Cir. Certiorari denied.

No. 94–1506. WAGSHAL *v.* BRAMON ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1512. TRUPIANO *v.* CAPTAIN GUS & BROTHERS, INC. C. A. 1st Cir. Certiorari denied.

No. 94–1514. MARTIN ET UX. *v.* BANK OF FLOYD ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1538. MIRON CONSTRUCTION CO., INC. *v.* INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 139, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1551. SNEAD ET AL. *v.* GOODYEAR TIRE & RUBBER CO. C. A. 11th Cir. Certiorari denied.